IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:01-CR-132-CMH |
| | ) | |
| FARHANA SHAHZADI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Jordan Harvey, Assistant United States Attorney, respectfully move this Honorable Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss without prejudice the indictment in this matter. In support of this motion, the Government states the following:

1. On April 11, 2001, the defendant was indicted by a Grand Jury sitting in the Eastern District of Virginia on one count of bank fraud, in violation of Title 18, United States Code, Section 1344, and one count of conspiracy, in violation of Title 18, United States Code, Section 371. A summons was issued for the defendant to appear at an arraignment scheduled for April 24, 2001.

3. On April 24, 2001, the defendant failed to appear at the arraignment. Pursuant to this Court's order, a warrant was issued for the defendant's arrest.

4. As of the date of this filing, the defendant remains a fugitive. After consultation with the investigating agency, the Government believes that further prosecution of this matter is not in the interest of justice. Therefore, the Government requests leave of Court pursuant to Rule

48(a) of the Federal Rules of Criminal Procedure to dismiss without prejudice the underlying indictment returned by the Grand Jury on April 11, 2001.

                                        Respectfully submitted,

                                        Jessica D. Aber
                                        United States Attorney

By: _____/s/_____
                                        Jordan Harvey
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        2100 Jamieson Avenue
                                        Alexandria, VA 22314
                                        Tel: (703) 236-3852
                                        Fax: (703) 299-3980
                                        Email: jordan.harvey@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on February 10, 2022, I filed electronically the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all counsel.

                                                                _____/s/_____
Jordan Harvey
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 236-3852
Fax: (703) 299-3980
Email: jordan.harvey@usdoj.gov