IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:01-CR-132-CMH |
| ) | |
| FARHANA SHAHZADI, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon Motion of the United States to Dismiss the indictment in the above-captioned case without prejudice, it is hereby

ORDERED that the indictment in the above-captioned case is dismissed without prejudice.

Feb. 10, 2022
Date

Hon. Claude M. Hilton
United States District Judge