IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:01-CR-132-CMH-2 |
| ) | |
| SHAWN ALI KHAN, ) | |
|     a.k.a. FAIZAHAD MOHALLA, ) | |
| ) | |
| Defendant. ) | |

MOTION TO DISMISS

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Jordan Harvey, Assistant United States Attorney, respectfully move this Honorable Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss without prejudice the indictment in this matter. In support of this motion, the Government states the following:

1. On April 11, 2001, the defendant was indicted by a Grand Jury sitting in the Eastern District of Virginia on one count of bank fraud, in violation of Title 18, United States Code, Section 1344, and one count of conspiracy, in violation of Title 18, United States Code, Section 371. A summons was issued for the defendant to appear at an arraignment scheduled for April 24, 2001.

3. On April 24, 2001, the defendant failed to appear at the arraignment. Pursuant to this Court's order, a warrant was issued for the defendant's arrest.

4. As of the date of this filing, the defendant remains a fugitive. After consultation with the investigating agency, the Government believes that further prosecution of this matter is

not in the interest of justice. Therefore, the Government requests leave of Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss without prejudice the underlying indictment returned by the Grand Jury on April 11, 2001.

        Respectfully submitted,

        Jessica D. Aber
        United States Attorney

By: _____/s/_____
        Jordan Harvey
        Assistant United States Attorney
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Tel: (703) 236-3852
        Fax: (703) 299-3980
        Email: jordan.harvey@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on February 16, 2022, I filed electronically the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all counsel.

                                                          _____/s/_____
                                                            Jordan Harvey
                                                            Assistant United States Attorney
                                                           United States Attorney's Office
                                                           2100 Jamieson Avenue
                                                           Alexandria, VA 22314
                                                           Phone: (703) 236-3852
                                                           Fax: (703) 299-3980
                                                           Email: jordan.harvey@usdoj.gov