Shawn A. Khan
13511 Pennsboro Dr
Chantilly, VA 20151
zeshan7778@gmail.com
1 571 5774502
July 12th 2023

FILED
MAILROOM
JUL 17 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Clerk Office
Att: Clerk
Alexandira Courthouse
401 Courthouse Square
Alexandria, VA 22314

Subject: Case No. 1:01-CR-132-CMH-2

Dear Clerk,

I hope this letter finds you in good health and high spirits. I am writing to request the removal of a dismissed criminal case from the computer system of the U.S. District Court for the Eastern District of Virginia (Alexandria), which continues to appear on my security clearance and background checks.

I was involved in a legal proceeding, Case No. 1:01-CR-132-CMH-2, at the United States District Court for the Eastern District of Virginia. However, the case was dismissed on February 16th 2022 by Judge Hon. Claude M. Hilton. I recently underwent a background check related to a job application and learned that, despite the dismissal, this case is still being reflected in my security clearance and background checks, causing unnecessary complications and hindering my personal and professional growth and ultimately causing unwarranted negative consequences for me.

As a result, I kindly request your assistance in promptly removing this case from the computer system, ensuring that it no longer appears on my security clearance and background checks.

I have attached relevant supporting documents, including the official dismissal order, for your reference and ease of verification. I believe that the removal of this dismissed case will not only rectify the current situation but also prevent any future misunderstandings or discrepancies.

I understand that the court's workload may be substantial, and I greatly appreciate your attention to this matter. If there are any additional steps or procedures I need to follow or any further information you require, please do not hesitate to contact me at 1 571 577 4502 or zeshan7778@gmail.com

Thank you for your understanding and assistance in resolving this matter. I look forward to a positive response and the successful removal of the dismissed criminal case from the computer system.

Yours sincerely,

Shawn A. Khan