IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal Case No. 1:01CR132 |
| V. ) | |
| ) | |
| FARHANA SHAHZADI and ) | |
| SHAWN ALI KHAN, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant Shawn Ali Khan's Amended Motion to Expunge Record of Dismissed Charges. It is hereby

ORDERED that the United States file an answer to the Motion within twenty-one (21) days of the date of this Order.

The Clerk is directed to send a copy of this Order and a copy of the Motion to the United States Attorney for this District, and a copy of this Order to the counsel of record for Defendant.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 24, 2024