IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:01-cr-132 |
| v. ) | |
| ) | |
| FARHANA SHAHZADI ) | |
| ) | |
| and ) | |
| ) | |
| SHAWN ALI KHAN, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS FARHANA SHAHZADI AND SHAWN
ALI KHAN'S MOTION FOR A RULING ON AMENDED
<u>MOTIONS TO EXPUNGE RECORDS OF DISMISSED CHARGES</u>**

Defendants Farhana Shazadi ("Shahzadi") and Shawn Ali Khan ("Khan"), by and through their undersigned counsel, hereby move this Court to rule on the pending amended motions to expunge their records of dismissed charges. In support of this motion, Shahzadi and Khan state as follows:

1. On April 11, 2001, Shahzadi and Khan were indicted on one count of conspiracy and one count of bank fraud. (Dkt. No. 3).

2. On February 10, 2022, the government moved to dismiss the indictment against Shahzadi (Dkt. No. 5), and that same day, the Court dismissed the indictment against her (Dkt. No. 6).

3. On February 16, 2022, the government moved to dismiss the indictment against Khan (Dkt. No. 8), and that same day, the Court dismissed the indictment against him (Dkt. No. 9).

4. On July 17, 2023, Shahzadi and Khan each sent a letter to the Clerk's Office, which the Court treated as motions to expunge, to request "removal of the dismissed criminal case" from the court system.

5. On November 9, 2023, Shahzadi and Khan, through the undersigned, filed amended motions to expunge. (Dkt. Nos. 14, 15).

6. On February 14, 2024, the government filed an opposition to the motions to expunge. (Dkt. No. 18).

7. On February 20, 2024, Shahzadi and Khan filed a joint reply brief in support of their motions to expunge. (Dkt. No. 19).

Accordingly, Shahzadi and Khan respectfully move for a ruling on their pending motions to expunge.

Respectfully submitted,

By: _____/s/_____
Timothy D. Belevetz
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Tel:  (202) 572-1605
timothy.belevetz@icemiller.com

*Counsel for Defendants Farhana Shahzadi and Shawn Ali Khan*

## CERTIFICATE OF SERVICE

      I certify that on this 17th day of May 2024, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notification of such filing to:

Jordan Harvey
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
Tel:  (703) 299-3700
jordan.harvey@usdoj.gov

*Counsel for the United States*


                                                  /s/
                                     Timothy D. Belevetz
                                     Ice Miller LLP
                                     200 Massachusetts Avenue, N.W., Suite 400
                                     Washington, DC  20001
                                     Tel:  (202) 572-1605
                                     timothy.belevetz@icemiller.com