IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>            v.                                    )<br>                                                        )<br>FARHANA SHAHZADI              )<br>                                                        )<br>            and                               )<br>                                                        )<br>SHAWN ALI KHAN,                    )<br>                                                        )<br>            Defendants.                  ) | Case No. 1:01-cr-132 |

**DEFENDANT SHAWN ALI KHAN'S SECOND AMENDED
MOTION TO EXPUNGE RECORD OF DISMISSED CHARGES**

Defendant Shawn Ali Khan ("Khan"), by and through his undersigned counsel, hereby files this second amended motion to expunge his record of dismissed charges of conspiracy and bank fraud. In support of this motion, Khan states as follows:

**PROCEDURAL HISTORY**

On April 11, 2001, Khan and his wife, Farhana Shahzadi ("Shahzadi"), were indicted on one count of conspiracy and one count of bank fraud. (Dkt. No. 3). At the time of the indictment, Khan and Shahzadi were living abroad where they continue to reside.

On February 10, 2022, nearly 21 years after the indictment, the government moved to dismiss the indictment against both defendants, stating that "further prosecution of this matter is not in the interest of justice." (Dkt. Nos. 5, 8). That same day, the Court granted the government's motions, dismissing the indictment as to both Khan and Shahzadi. (Dkt. Nos. 6, 9). On July 12, 2023, following dismissal of the indictment, Khan sent a letter to the Clerk's Office, which the Court is treating as a motion to expunge (and which it posted to the docket on

July 17, 2023), to request "removal of the dismissed criminal case" from the court system. (Dkt. No. 10). On November 9, 2023, Khan, through undersigned counsel, filed a a more complete motion to expunge, styled an Amended Motion to Expunge. (Dkt. No. 14). The parties fully briefed the issue as the government filed a brief in opposition on February 14, 2024 (Dkt. No. 18), and Khan filed a reply brief on February 20, 2024 (Dkt. No. 19). The motion is still before the Court.

Khan, who is also known as Zeshan Bashir, renews his motion to expunge for the reasons set forth his filings and because of the recent deterioration of his father Muhammad Bashir's health as set forth in more detail in Exhibit 1, which is filed under seal. As noted in his previous filings, the record of the charges, even though they have been dismissed, is presenting a substantial impediment to traveling to the United States from his home abroad in order to visit immediate family members, including his ailing father.

For these reasons, Shawn Ali Khan respectfully renews and amends his request that this Court issue an order expunging his criminal record of the dismissed indictment.

Respectfully submitted,

By:   \_\_\_\_\_/s/_____
Timothy D. Belevetz
VSB No. 36110
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Tel:  (202) 572-1605
timothy.belevetz@icemiller.com

*Counsel for Defendant Shawn Ali Khan*

2

**CERTIFICATE OF SERVICE**

      I certify that on this 10th day of July 2025, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notification of such filing to:

Jordan Harvey
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
Tel:  (703) 299-3700
jordan.harvey@usdoj.gov

*Counsel for the United States*

                                                                              /s/
                                           Timothy D. Belevetz
                                           Ice Miller LLP
                                           200 Massachusetts Avenue, N.W., Suite 400
                                           Washington, DC  20001
                                           Tel:  (202) 572-1605
                                           timothy.belevetz@icemiller.com