IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 1:01-cr-132 |
| v. | ) | |
| | ) | |
| FARHANA SHAHZADI | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SHAWN ALI KHAN, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF PROPOSED ORDER**

Defendant Shawn Ali Khan, by and through counsel, hereby provides notice of filing a proposed order granting the Motion to File Under Seal (Dkt. No. 22).

                                       Respectfully submitted,

By:     /s/                   
       Timothy D. Belevetz
       VSB No. 36110
       Ice Miller LLP
       200 Massachusetts Avenue, N.W., Suite 400
       Washington, DC  20001
       Tel:  (202) 572-1605
       timothy.belevetz@icemiller.com

*Counsel for Defendant Shawn Ali Khan*

# CERTIFICATE OF SERVICE

      I certify that on this 10th day of July 2025, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notification of such filing to:

Jordan Harvey
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
jordan.harvey@usdoj.gov

*Counsel for the United States*

      /s/
Timothy D. Belevetz
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC 20001
Tel: (202) 572-1605
timothy.belevetz@icemiller.com