IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                  )<br>)<br>FARHANA SHAHZADI                 )<br>)<br>and                                             )<br>)<br>SHAWN ALI SHAHZADI,            )<br>)<br>Defendants.            ) | Case No. 1:01-cr-132 |

**DEFENDANT FARHANA SHAHZADI'S SECOND AMENDED
MOTION TO EXPUNGE RECORD OF DISMISSED CHARGES**

Defendant Farhana Shahzadi ("Shahzadi"), by and through her undersigned counsel, hereby files this second amended motion to expunge her record of dismissed charges of conspiracy and bank fraud. In support of this motion, Shahzadi states as follows:

**PROCEDURAL HISTORY**

On April 11, 2001, Shahzadi and her husband, Shawn Ali Khan ("Khan"), were indicted on one count of conspiracy and one count of bank fraud. (Dkt. No. 3). At the time of the indictment, Shahzadi and Khan were living abroad where they continue to reside.

On February 10, 2022, nearly 21 years after the indictment, the government moved to dismiss the indictment against both defendants, stating that "further prosecution of this matter is not in the interest of justice." (Dkt. Nos. 5, 8). That same day, the Court granted the government's motions, dismissing the indictment as to both Shahzadi and Khan. (Dkt. Nos. 6, 9). On July 12, 2023, following dismissal of the indictment, Shahzadi sent a letter to the Clerk's Office, which the Court is treating as a motion to expunge (and which it posted to the docket on

July 17, 2023), to request "removal of the dismissed criminal case" from the court system. (Dkt. No. 11). On November 9, 2023, Shahzadi, through undersigned counsel, filed a a more complete motion to expunge, styled an Amended Motion to Expunge. (Dkt. No. 15). The parties fully briefed the issue as the government filed a brief in opposition on February 14, 2024 (Dkt. No. 18), and Shahzadi filed a reply brief on February 20, 2024 (Dkt. No. 19). The motion is still before the Court.

Shahzadi renews her motion to expunge for the reasons set forth her filings and because of the recent deterioration of her mother Zohra Parveen's health as set forth in more detail in Exhibit 1, which is filed under seal. As noted in her previous filings, the record of the charges, even though they have been dismissed, is presenting a substantial impediment to traveling to the United States from her home abroad in order to visit immediate family members, including her ailing mother.

For these reasons, Farhana Shahzadi respectfully renews and amends her request that this Court issue an order expunging her criminal record of the dismissed indictment.

Respectfully submitted,

By:  _____/s/_____
Timothy D. Belevetz
VSB No. 36110
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Tel:  (202) 572-1605
timothy.belevetz@icemiller.com

*Counsel for Defendant Farhana Shahzadi*

2

**CERTIFICATE OF SERVICE**

      I certify that on this 10th day of July 2025, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notification of such filing to:

Jordan Harvey
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
Tel:  (703) 299-3700
jordan.harvey@usdoj.gov

*Counsel for the United States*


                                                     /s/
                                       Timothy D. Belevetz
                                       Ice Miller LLP
                                       200 Massachusetts Avenue, N.W., Suite 400
                                       Washington, DC  20001
                                       Tel:  (202) 572-1605
                                       timothy.belevetz@icemiller.com